BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE CONFERENCE

### JANUARY 12, 2010  FROM 11:10AM TO 11:40AM

DOCKET NUMBER:   CR 06-615-2 & 3 (RJD)

U.S.A.  -v-  **SAHILAL SABARATNAM (#2)(IN CUSTODY)**
            **COUNSEL: CHRISTOPHER PATELLA (RETAINED)**
U.S.A.  -v   **THIRUTHANIKAN THANIGASALAM (#3) (IN CUSTODY)**
            **COUNSEL:   LEE GINSBERG (CJA)**

**AUSA: MARSHAL MILLER & ANDREW GOLDSMITH**

COURT REPORTER: RON TOLKIN

X     CASE CALLED FOR SENTENCE CONFERENCE.
      DISCUSSION HELD.
      CASE ADJOURNED FOR CONTINUATION OF SENTENCE ON 1/25/10 @2:00PM.