BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE:   JANUARY 25, 2010 FROM 2:00PM TO 2:40PM

DOCKET NUMBER:   CR 06-615(S-2)-03 (RJD)

U.S.A.  -v-   **THIRUTHANIKAN THANIGASALAM (IN CUSTODY)**
              COUNSEL:   LEE GINSBERG  (RETAINED)

AUSA:   **MARSHAL MILLER & ANDREW GOLDSMITH**

COURTREPORTER:   HENRY SHAPIRO

X    CASE CALLED FOR SENTENCE.
X    COURT ACCEPTED PLEA OF GUILTY ON 1/27/09 TO COUNTS
     2, 3, 4, 5 OF A FIVE COUNT SUPERSEDING INDICTMENT(S-2).

X    DEFENDANT IS SENTENCED AS FOLLOWS:
     DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE
     UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A
     TOTAL TERM OF:   **TWENTY-FIVE(25) YEARS AS FOLLOWS:**
     **COUNTS 2, 3:   FIFTEEN(15) YEARS TO RUN CONCURRENTLY WITH**
     **EACH OTHER;**
     **COUNTS 4, 5:   TWENTY-FIVE(25) YEARS TO RUN CONCURRENTLY**
     **WITH EACH OTHER AND WITH THE SENTENCES IMPOSED ON**
     **COUNTS 2 AND 3.**
     IF CONSISTENT WITH THE BUREAU OF PRISONS POLICIES PRACTICES
     AND GUIDELINES, THE COURT STRONGLY RECOMMENDS THAT THE
     DEFENDANT BE DESIGNATED TO A FACILITY AS CLOSE TO THE
     CANADIAN BORDER AS POSSIBLE.  THE COURT FURTHER INVITES
     CONSIDERATION OF FCI RAYBROOK AND URGES DESIGNATION OF
     DEFENDANT AND DEFENDANT'S CO-DEFENDANT, HIS BROTHER-IN-LAW
     SAHILAL SABARATNAM TO THE SAME FACILITY.

X    UPON RELEASE FROM CUSTODY, THE DEFENDANT SHALL BE ON
     SUPERVISED RELEASE FOR A TERM OF **FIVE(5) YEARS.**
     **SPECIAL CONDITIONS OF SUPERVISED RELEASE:**

X    **$400 SPECIAL ASSESSMENT**
X    UPON MOTION OF AUSA, ALL OPEN COUNTS, DISMISSED.
X    DEFENDANT ADVISED OF RIGHT TO APPEAL.